# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| CYNTHIA V. LUTHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-0821-CV-W-DW |
| ) | |
| HARTFORD LIFE & ACCIDENT INSURANCE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Parties' Notice of Dismissal with Prejudice. (Doc. 17). Pursuant to the Notice, the above case is hereby DISMISSED WITH PREJUDICE with costs assessed against Plaintiff Cynthia V. Luther. See Fed. R. Civ. Proc. 41(a). The Clerk of the Court shall mark this case as closed.

IT IS SO ORDERED.


Date: April 12, 2007                                /s/ DEAN WHIPPLE
                                                    Dean Whipple
                                                    United States District Court